UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>Defendant. | No. 2:14-cv-02791-TLN-KJN<br><br>**NOTICE OF RELATED CASE ORDER** |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services, Defendant. | No. 2:15-cv-00450 KJM-CKD |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center, | No. 2:15-cv-473 MCE-CMK |

1

| | |
|---|---|
| Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br>Defendant. | |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br>Defendant. | No. 2:15-cv-474 MCE-CMK |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br>Defendant. | No. 2:15-cv-709-TLN-KJN |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same parties, are based on the same claims, the same event, the same questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

2

IT IS THEREFORE ORDERED that the actions denominated 2:15-cv-00450 KJM-CKD, 2:15-cv-473 MCE-CMK, and 2:15-cv-474 MCE-CMK, are hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Kendall J. Newman for all further proceedings.  Any dates currently set in the reassigned case are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:15-cv-00450 TLN-KJN, 2:15-cv-473 TLN-KJN, 2:15-cv-474 TLN-KJN.  Furthermore, it is noted that the case 2:15-cv-709-TLN-KJN, which is already assigned to District Judge Troy L. Nunley and Magistrate Judge Kendall J. Newman is also related to the above cases.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment and issue.

Dated:  May 22, 2015

Troy L. Nunley
United States District Judge

3