UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>Defendant. | No. 2:14-cv-02791-TLN-KJN<br><br>**NOTICE OF RELATED CASE ORDER** |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>Defendant. | No. 2:15-cv-1120 GEB-CMK |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same parties, are based on the

1

1 same claims, the same event, the same questions of fact and the same questions of law, and would
2 therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the
3 assignment of the matters to the same judge is likely to affect a substantial savings of judicial
4 effort and is also likely to be convenient for the parties.

5      IT IS THEREFORE ORDERED that the action denominated 2:15-cv-1120 GEB-
6 CMK is hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Kendall J.
7 Newman for all further proceedings.  Any dates currently set in the reassigned case are hereby
8 VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown
9 as: 2:15-cv-1120 TNL-KJN.

10      IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment
11 in the assignment of civil cases to compensate for this reassignment and issue.

13 Dated:  June 2, 2015

Troy L. Nunley
United States District Judge