UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA LLC,<br><br>Plaintiff,<br><br>v.<br><br>TOM PRICE, Secretary of the Department of Health and Human Services,<br><br>Defendant. | No. 2:14-cv-02791-TLN-KJN<br><br>**ORDER** |

On May 9, 2017, the magistrate judge issued findings and recommendations in this matter. (ECF No. 52.) Plaintiff timely filed objections. (ECF No. 54.) Those objections referenced a "proposed pleading" that Plaintiff suggested it intended to file if given the opportunity. (*See* ECF No. 54 at 28.) That proposed pleading was submitted as an exhibit to the declaration of Plaintiff's counsel Samuel J. Romero. (ECF No. 56 at 5–32.) In light of the parties' objections, the magistrate vacated his findings and recommendations and granted leave to amend. (ECF No. 58 at 4.) In doing so, the magistrate judge observed that, "to the extent [P]laintiff intends to challenge the Secretary's policies and/or regulations, [P]laintiff might consider . . . bringing a motion to consolidate all of the pending actions." (ECF No. 58 at 3–4 n.1.) Plaintiff's counsel has since filed a proposed substitution of counsel. (ECF Nos. 61 & 62.)

The instant stipulation proposes that the Court (i) consolidate this action with 11 related

1

actions, (ii) continue Plaintiff's deadline to file an amended complaint until sixty (60) days after such consolidation, and (iii) grant Defendant thirty (30) days after service of a consolidated amended complaint to file a response to the consolidated amended complaint.[1] (ECF No. 63.) It is not clear from the stipulation whether Plaintiff still plans to file an amended complaint substantially similar in content and form to the proposed pleading submitted by Samuel J. Romero. If that is the intention, Plaintiff should indicate this within seven (7) days of the entry of this Order. Otherwise, Plaintiff should file a properly noticed motion to consolidate pursuant Federal Rule of Civil Procedure 42(a).

IT IS SO ORDERED.

Dated: September 1, 2017

Troy L. Nunley
United States District Judge

---

[1] The stipulation was filed under this case number, and the related case numbers include the following: No. 2:15-cv-00154-TLN-KJN; No. 2:15-cv-00324-TLN-KJN; No. 2:15-cv-00400-TLN-KJN; No. 2:15-cv-00450-TLN-KJN; No. 2:15-cv-00473-TLN-KJN; No. 2:15-cv-00474-TLN-KJN; No. 2:15-cv-00709-TLN-KJN; No. 2:15-cv-01120-TLN-KJN; No. 2:16-cv-00230-TLN-KJN; No. 2:16-cv-02278-TLN-KJN; and No. 2:16-cv-02521-TLN-KJN.