MCGREGOR W. SCOTT
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Secretary Azar

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALEX AZAR, in his official capacity as the Secretary of the Department of Health and Human Services,<br><br>Defendant. | Case No.: 2:14-cv-02791-TLN-KJN<br><br>Consolidated with cases:<br>2:15-cv-00154-TLN-KJN;<br>2:15-cv-00324-TLN-KJN;<br>2:15-cv-00400-TLN-KJN;<br>2:15-cv-00450-TLN-KJN;<br>2:15-cv-00473-TLN-KJN;<br>2:15-cv-00474-TLN-KJN;<br>2:15-cv-00709-TLN-KJN;<br>2:15-cv-01120-TLN-KJN;<br>2:16-cv-00230-TLN-KJN;<br>2:16-cv-02278-TLN-KJN; and<br>2:16-cv-02521-TLN-KJN<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR FEDERAL DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Local Rule 144(a), Defendant Secretary Alex Azar, sued in his official capacity as the Secretary of the Department of Health and Human Services, and Plaintiff Prime Healthcare Services Shasta, LLC, by and through their respective counsel of record, stipulate and agree to an initial extension of time of 30 days in which defendant may respond to the Second Amended Complaint, up to and including April 4, 2018. The Court recently consolidated a dozen cases into this single matter, and permitted the filing of a Second Amended Complaint. Due to counsel's

**Stip. and Proposed Order re Responsive Pleading for Federal Defendants** 1

schedule and the number of consolidated matters, as well as defense counsel having multiple cases set for argument in the Ninth Circuit the week of March 12, the parties agree that the defense will reasonably require additional time to respond.  If given additional time, such response will be more useful to the Court and the Plaintiff, thus conserving this District's already overburdened and limited resources.  Therefore, the parties stipulate, and propose, an initial extension of 30 days for the defendant to file its responsive pleading.

RESPECTFULLY SUBMITTED,

DATED:  March 1, 2018

By: */s/ Ian Byrnside (authorized 03/01/2018)*
SHAREEF FARAG
S. DEREK BAUER
IAN BYRNSIDE
Attorneys for Plaintiff

DATED:  March 1, 2018

McGREGOR W. SCOTT
United States Attorney

By: */s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

Good cause appearing, **IT IS SO ORDERED**.

Dated: March 14, 2018

　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　United States District Judge