MCGREGOR W. SCOTT
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Secretary Azar

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALEX AZAR, in his official capacity as the Secretary of the Department of Health and Human Services,<br><br>Defendant. | Case No.: 2:14-cv-02791-TLN-KJN<br><br>Consolidated with cases:<br>2:15-cv-00154-TLN-KJN;<br>2:15-cv-00324-TLN-KJN;<br>2:15-cv-00400-TLN-KJN;<br>2:15-cv-00450-TLN-KJN;<br>2:15-cv-00473-TLN-KJN;<br>2:15-cv-00474-TLN-KJN;<br>2:15-cv-00709-TLN-KJN;<br>2:15-cv-01120-TLN-KJN;<br>2:16-cv-00230-TLN-KJN;<br>2:16-cv-02278-TLN-KJN; and<br>2:16-cv-02521-TLN-KJN<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FEDERAL DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Local Rule 144, Defendant Secretary Alex Azar, sued in his official capacity as the Secretary of the Department of Health and Human Services, and Plaintiff Prime Healthcare Services Shasta, LLC, by and through their respective counsel of record, stipulate and agree to an extension of time of 28 days in which defendant may respond to the Second Amended Complaint, up to and including May 2, 2018. The Court recently consolidated a dozen cases into this single matter,

**Stip. and Order re Responsive Pleading for Federal Defendants** 1

and permitted the filing of a Second Amended Complaint. The parties previously stipulated to extend the initial due date to April 4, 2018. On March 19, 2018, counsel for the Federal Defendants suffered an unexpected injury and has been unable to work any more than sporadically since that date. Due to this unforeseen circumstance, the parties agree that the defense will reasonably require additional time to respond. If given additional time, such response will be more useful to the Court and the Plaintiff, thus conserving this District's already overburdened and limited resources. Therefore, the parties stipulate, and propose, a further extension of 28 days for the defendant to file its responsive pleading, up to and including May 2, 2018.

RESPECTFULLY SUBMITTED,

DATED: March 27, 2018

By: */s/ Ian Byrnside (authorized 03/27/2018)*
    SHAREEF FARAG
    S. DEREK BAUER
    IAN BYRNSIDE
    Attorneys for Plaintiff

McGREGOR W. SCOTT
United States Attorney

By: */s/ Gregory T. Broderick*
    GREGORY T. BRODERICK
    Assistant United States Attorney

Good cause appearing, **IT IS SO ORDERED**.

Dated: April 9, 2018

_____
Troy L. Nunley
United States District Judge