| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | GREGORY T. BRODERICK<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Secretary Azar |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALEX AZAR, in his official capacity as the Secretary of the Department of Health and Human Services,<br><br>Defendant. | Case No.: 2:14-cv-02791-TLN-KJN<br><br>Consolidated with cases:<br>2:15-cv-00154-TLN-KJN;<br>2:15-cv-00324-TLN-KJN;<br>2:15-cv-00400-TLN-KJN;<br>2:15-cv-00450-TLN-KJN;<br>2:15-cv-00473-TLN-KJN;<br>2:15-cv-00474-TLN-KJN;<br>2:15-cv-00709-TLN-KJN;<br>2:15-cv-01120-TLN-KJN;<br>2:16-cv-00230-TLN-KJN;<br>2:16-cv-02278-TLN-KJN; and<br>2:16-cv-02521-TLN-KJN<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FEDERAL DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE FOR DISPOSITIVE MOTION** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Local Rule 144(a), Defendant Secretary Alex Azar, sued in his official capacity as the Secretary of the Department of Health and Human Services, and Plaintiff Prime Healthcare Services Shasta, LLC, by and through their respective counsel of record, stipulate and agree to an extension of time of 29 days in which defendant may respond to the Second Amended Complaint, up to and including May 31, 2018. The responsive pleading is currently due May 2, 2018.

**Stip. and Order re Responsive Pleading for Federal Defendants** 1

The parties further stipulate to a briefing schedule on the United States' anticipated motion to dismiss, as set forth below. The motion will be filed before the Hon. Kendall J. Newman in compliance with this Court's previous order. *See* Dkt. No. 50.

| | |
|---|---|
| Motion Filed: | On or before May 31, 2018 |
| Opposition Filed: | On or before June 28, 2018 |
| Reply Filed: | On or before July 12, 2018 |
| Hearing: | July 26, 2018, at 10:00 a.m. |

The parties stipulate to, and propose the above dates for briefing, subject to the approval of the Court. The causes of action asserted in the Second Amended Complaint are substantially different from those asserted in the original Complaint. The case now revolves more around the legality of certain Medicare regulations and policies than the underlying merits of particular benefits claims. The above-briefing schedule will permit the parties to present these more complex claims in a manner most helpful to the Court, and permit adequate time for the parties and the Court to fully consider these matters. Therefore, the parties stipulate and propose that the Court grant the requested extension to file a responsive pleading, and adopt the above-schedule.

RESPECTFULLY SUBMITTED,

DATED: April 30, 2018

By: */s/ Ian Byrnside (authorized 04/30/2018)*
SHAREEF FARAG
S. DEREK BAUER
IAN BYRNSIDE
Attorneys for Plaintiff

DATED: April 30, 2018

McGREGOR W. SCOTT
United States Attorney

By: */s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

Good cause appearing, **IT IS SO ORDERED**.

Dated: May 11, 2018

_____
Troy L. Nunley
United States District Judge