Shareef Farag (SBN 251650)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: sfarag@bakerlaw.com

S. Derek Bauer (*admitted pro hac vice*)
Ian K. Byrnside (*admitted pro hac vice*)
**BAKER & HOSTETLER LLP**
1170 Peachtree Street, NE, Suite 2400
Atlanta, GA 30309
Telephone: 404.459.0050
Facsimile: 404.459.5734
Email: dbauer@bakerlaw.com
      ibyrnside@bakerlaw.com

Attorneys for Plaintiff
PRIME HEALTHCARE SERVICES –
SHASTA, LLC

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEX AZAR, in his official capacity as the Secretary of the Department of Health and Human Services,<br><br>    Defendant. | Case No.: 2:14-cv-02791-TLN-KJN<br><br>[Hon. Troy L. Nunley, Crtm. 2]<br><br>[Consolidated Cases:<br>2:15-cv-00154-TLN-KJN;<br>2:15-cv-00324-TLN-KJN;<br>2:15-cv-00400-TLN-KJN;<br>2:15-cv-00450-TLN-KJN;<br>2:15-cv-00473-TLN-KJN;<br>2:15-cv-00474-TLN-KJN;<br>2:15-cv-00709-TLN-KJN;<br>2:15-cv-01120-TLN-KJN;<br>2:16-cv-00230-TLN-KJN;<br>2:16-cv-02278-TLN-KJN; and<br>2:16-cv-02521-TLN-KJN]<br><br>**STIPULATION AND ORDER TO EXTEND STIPULATED BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 144(a), Defendant Secretary Alex Azar, in his official capacity as the Secretary of the Department of Health and Human Services, and Plaintiff Prime Healthcare Services – Shasta, LLC, by and through their respective counsel of record, stipulate and agree to extend the remaining deadlines in the stipulated briefing schedule [Dkt. No. 83] on Defendant's Motion to Dismiss Consolidated Second Amended Complaint by fourteen (14) days.

The parties previously stipulated to an extension of time for Defendant to respond to the Consolidated Second Amended Complaint and a briefing schedule on Defendant's anticipated motion to dismiss, as set forth below:

| | |
|---|---|
| Motion Filed: | On or before May 31, 2018 |
| Opposition Filed: | On or before June 28, 2018 |
| Reply Filed: | On or before July 12, 2018 |
| Hearing: | July, 26, 2018, at 10:00 a.m. |

[*See* Dkt. No. 82.] The Court granted the extension and adopted the parties' stipulated briefing schedule. [Dkt. No. 83.]

Defendant's Motion to Dismiss Consolidated Second Amended Complaint was filed on May 31, 2018, before the Hon. Kendall J. Newman in compliance with this Court's previous order. [*See* Dkt. No. 50, 84.] On the Court's own motion and due to his unavailability on July 26, 2018, Judge Newman continued the hearing on Defendant's Motion to Dismiss until August 9, 2018. [Dkt. No. 85.] Based on the rescheduled hearing date and conflicts of counsel, the parties now stipulate, and propose, to extend the remaining deadlines in the stipulated briefing schedule by an additional fourteen (14) days. Specifically, the parties stipulate to, and propose, the following adjusted briefing schedule, subject to the approval of the Court:

| | |
|---|---|
| Opposition Filed: | On or before July 12, 2018 |
| Reply Filed: | On or before July 26, 2018 |
| Hearing: | August 9, 2018, at 10:00 a.m. |

The parties respectfully submit that the above-briefing schedule will permit the parties to fully brief the issues in a manner that is most helpful to the Court, and will permit adequate time for the parties and the Court to fully consider these matters. Therefore, the parties stipulate and propose that the Court grant the requested extension to the stipulated briefing schedule, and adopt the modified schedule set forth above.

RESPECTFULLY SUBMITTED,

DATED: June 25, 2018

By: */s/ Ian K. Byrnside*
SHAREEF FARAG
S. DEREK BAUER
IAN K. BYRNSIDE
Attorneys for Plaintiff

DATED: June 25, 2018

McGREGOR W. SCOTT
United States Attorney

By: */s/ Gregory T. Broderick (authorized 06/25/2018)*
GREGORY T. BRODERICK
Assistant United States Attorney

Good cause appearing, **IT IS SO ORDERED**.

Dated: June 28, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE