MCGREGOR W. SCOTT
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Secretary Azar

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ALEX AZAR, in his official capacity as the Secretary of the Department of Health and Human Services,<br><br>    Defendant. | Case No.: 2:14-cv-02791-TLN-KJN<br><br>Consolidated with cases:<br>2:15-cv-00154-TLN-KJN;<br>2:15-cv-00324-TLN-KJN;<br>2:15-cv-00400-TLN-KJN;<br>2:15-cv-00450-TLN-KJN;<br>2:15-cv-00473-TLN-KJN;<br>2:15-cv-00474-TLN-KJN;<br>2:15-cv-00709-TLN-KJN;<br>2:15-cv-01120-TLN-KJN;<br>2:16-cv-00230-TLN-KJN;<br>2:16-cv-02278-TLN-KJN; and<br>2:16-cv-02521-TLN-KJN<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FEDERAL DEFENDANTS TO FILE REPLY BRIEF, AND TO CONTINUE HEARING TO SEPTEMBER 6, 2018.** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Local Rule 144, Defendant Secretary Alex Azar, sued in his official capacity as the Secretary of the Department of Health and Human Services, and Plaintiff Prime Healthcare Services Shasta, LLC, by and through their respective counsel of record, stipulate and agree to an extension of time of 25 days in which defendant may file its reply brief, up to and including August 20, 2018, on the pending motion to dismiss. The Court recently consolidated a dozen cases into this

single matter, and permitted the filing of a Second Amended Complaint ("SAC"). The United States moved to dismiss the SAC and, after a brief extension, Plaintiff filed its opposition. Due to the scheduling of multiple depositions in the intervening time period, the United States does not believe it is able to do its best work on a reply brief by the current July 26, 2018 deadline. Therefore, the parties stipulate to a 25-day extension for the reply brief, up to and including August 20, 2018. This extension will also require the hearing to be continued, as it is currently set for August 9, 2018. The parties thus stipulate and propose a new hearing date of September 6, 2018, subject to the Court's availability.

Per the Court's previous order, all motions in this matter are to be heard, in the first instance, by the assigned Magistrate Judge, the Honorable Kendall J. Newman.

RESPECTFULLY SUBMITTED,

DATED: July 18, 2018

By: */s/ Ian Byrnside (authorized 07/18/2018)*
SHAREEF FARAG
S. DEREK BAUER
IAN BYRNSIDE
Attorneys for Plaintiff

McGREGOR W. SCOTT
United States Attorney

By: */s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

Good cause appearing, **IT IS SO ORDERED**.

Dated: July 20, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE