MCGREGOR W. SCOTT
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Secretary Azar

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALEX AZAR, in his official capacity as the Secretary of the Department of Health and Human Services,<br><br>Defendant. | Case No. 2:14-cv-02791-TLN-KJN<br><br>Consolidated with cases:<br>2:15-cv-00154-TLN-KJN;<br>2:15-cv-00324-TLN-KJN;<br>2:15-cv-00400-TLN-KJN;<br>2:15-cv-00450-TLN-KJN;<br>2:15-cv-00473-TLN-KJN;<br>2:15-cv-00474-TLN-KJN;<br>2:15-cv-00709-TLN-KJN;<br>2:15-cv-01120-TLN-KJN;<br>2:16-cv-00230-TLN-KJN;<br>2:16-cv-02278-TLN-KJN; and<br>2:16-cv-02521-TLN-KJN<br><br>**STIPULATION AND ORDER DISMISSING CONSOLIDATED ACTIONS, and WAIVING COSTS** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff PRIME HEALTHCARE SERVICES – SHASTA, LLC, and Defendant ALEX AZAR, in his official capacity as the Secretary of the Department of Health and Human Services, hereby stipulate to dismissal of these consolidated actions with prejudice in their entirety, with each party to bear its own costs, expenses, and attorney's fees in all of the above-actions. The parties having resolved their disputes, each party expressly waives any claim that it has or may have against the other party for any costs, expenses, or attorney's

fees incurred in connection with any of the above-referenced actions.

Although Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for voluntary dismissal of an action by the Plaintiff without a court order upon filing of a stipulation signed by all parties,[1] the parties nevertheless submit the attached proposed order in case the Court would like to enter an order for administrative purposes.

RESPECTFULLY SUBMITTED,

DATED:  August 9, 2018

By: */s/ Ian Byrnside (authorized August 8, 2018)*
IAN BYRNSIDE
Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney

By: */s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

---

[1] Rule 41 provides:

(a) **Voluntary Dismissal**.

  (1) **By the Plaintiff.**

    (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

      (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

      (ii) a stipulation of dismissal signed by all parties who have appeared.

    (B) *Effect.* Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Good cause appearing, **IT IS SO ORDERED**.

DATED: August 10, 2018

Troy L. Nunley
United States District Judge